IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STELLA CARTER,

        Plaintiff,                      No. CIV S-05-2358 KJM

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.                ORDER

_____/

        By memorandum filed January 8, 2009, this action was reversed and remanded. Accordingly, IT IS HEREBY ORDERED that this matter is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings and development of the record consistent with the analysis in the January 8, 2009 memorandum of the United States Court of Appeals for the Ninth Circuit.

DATED: January 16, 2009.

_____
U.S. MAGISTRATE JUDGE

006
carter.rem

1