McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
Mary P. Parnow [CSBN 174980]
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: mary.parnow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STELLA L. CARTER,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:05-CV-2358 KJM<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of SEVEN THOUSAND and 00/100 DOLLARS ($7,000.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of SEVEN THOUSAND and 00/100 DOLLARS ($7,000.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the

Social Security Act, 42 U.S.C. § 406(b).

                                        Respectfully submitted,

Dated: June 11, 2009            /s/ *Bess Brewer*
                                        BESS BREWER
                                        Attorney for Plaintiff

Dated: June 11, 2009            McGREGOR W. SCOTT
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ Mary P. Parnow
                                        MARY P. PARNOW
                                        Special Assistant U.S. Attorney
                                        (As authorized via e-mail)

                                        Attorneys for Defendant

                                              ORDER

APPROVED AND SO ORDERED.

DATED: June 15, 2009.

                                              U.S. MAGISTRATE JUDGE